IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY HILLMAN,

    Plaintiff,

v.

C/O GREENWOOD, and STATE OF OREGON,

    Defendants.

Civ. No. 2:16-cv-02256-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 48), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 48) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 28th day of June, 2018.

                                             /s/ Michael J. McShane\_\_\_\_\_
                                               Michael McShane
                                          United States District Judge

1 – ORDER